UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE, | No. 2:24-cv-3758 CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| STOCKTON POLICE DEPARTMENT, | |
| Defendant. | |

   Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  On February 27, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has filed an amended complaint.

   The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

   Having reviewed plaintiff's amended complaint, the court finds that plaintiff can proceed on a claim for excessive use of force arising under the Fourteenth Amendment against defendant Det. Vincent Magana as to plaintiff's allegation that plaintiff's neck was nearly broken while

1

plaintiff was handcuffed.  Plaintiff has two options: (1) proceed on this claim; or (2) seek leave to file a second amended complaint in an attempt to cure deficiencies with respect to other claims.

In deciding whether to file an amended complaint, plaintiff should consider the following:

1. Municipalities cannot be held vicariously liable under § 1983 for the actions of their employees.  Monell v. Dep't of Social Services, 436 U.S. 585, 691-94 (1978).  "Instead, it is when execution of a government's policy or custom, whether made by its lawmakers or by those whose edicts or acts may fairly be said to represent official policy, inflicts the injury that the government as an entity is responsible under § 1983."  Id. at 694.  Plaintiff does not present any valid basis for liability as to the Stockton Police Department in his amended complaint.

2. Generally speaking, mere deprivation of property does not amount to a claim upon which a person can proceed under federal law.  With respect to the Due Process Clause of the Fourteenth Amendment, the United States Supreme Court has held that "an unauthorized intentional deprivation of property by a state employee does not constitute a violation of the procedural requirements of the Due Process Clause of the Fourteenth Amendment if a meaningful postdeprivation remedy for the loss is available."  Hudson v. Palmer, 468 U.S. 517, 533 (1984).  The California Legislature has provided a remedy for tort claims against public officials in the California Government Code, §§ 900, et seq.

Finally, plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's second amended complaint complete.  Local Rule 220 requires that any amended complaint be complete in itself without reference to any prior pleading

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 21 days within which to complete and return the attached form notifying the court whether he wants to (1) proceed on a claim against defendant Det. Vincent Magana for excessive use of force in violation of the Fourteenth Amendment and voluntarily dismiss all other claims and defendants or (2) file a second amended complaint in an attempt to cure the deficiencies in his amended complaint with respect to his other claims.  If plaintiff does not return the form, this action will proceed on the

/////

/////

claim described above and the court will recommend all other claims and defendants be dismissed.

Dated: March 26, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pric3758.op

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOCKTON POLCE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-3758 CKD P<br><br><br>PLAINTIFF'S NOTICE OF<br>HOW TO PROCEED |

Check **one**:

\_\_\_\_\_  Plaintiff wants to proceed immediately on a claim against defendant Det. Vincent Magana for excessive use of force in violation of the Fourteenth Amendment.   Plaintiff voluntarily dismisses all other claims and defendants.  **OR**

\_\_\_\_\_  Plaintiff wants time to file a second amended complaint.

DATED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

4