UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOCKTON POLICE DEPARTMENT,<br><br>　　　　　Defendant. | No. 2:24-cv-3758 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On March 26, 2025, the court screened plaintiff's amended complaint as the court is required to do under 28 U.S.C. § 1915A(a). The court gave plaintiff two options: proceed on a claim for excessive use of force arising under the Fourteenth Amendment against defendant Det. Vincent Magana as to plaintiff's allegation that plaintiff's neck was nearly broken while plaintiff was handcuffed, or seek leave to file a second amended complaint in an attempt to cure deficiencies with respect to other claims. Plaintiff was warned that if he did not inform the court of his choice within 21 days, this action would proceed on the claim described above and the court would recommend all other claims and defendants be dismissed. Plaintiff has not informed the court of his choice.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court assign a district court judge to this case.

2. Service is appropriate for **Detective Vincent Magana, Stockton Police Department.**

3. The Clerk of the Court shall send plaintiff a USM-285 form, summons, an instruction sheet and a copy of the first amended complaint (ECF No. 11).

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. Two copies of the first amended complaint.

5. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all claims and defendants other than a claim for excessive use of force arising under the Fourteenth Amendment against defendant Det. Vincent Magana as to plaintiff's allegation that plaintiff's neck was nearly broken while plaintiff was handcuffed be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

/////

time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 2, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pric3758.1

3

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:24-cv-3758 CKD P<br><br>NOTICE OF SUBMISSION<br> OF DOCUMENTS |

    Plaintiff submits the following documents in compliance with the court's order filed

_____:

   \_\_\_\_       completed summons form

   \_\_\_\_       completed USM-285 form

   \_\_\_\_       copies of the _____
                     Amended Complaint

DATED:

                            _____
                              Plaintiff