UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>                      Plaintiff,<br><br>        v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>                      Defendants. | No.  2:24-cv-3758 DAD CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  This action proceeds on plaintiff's amended complaint.  On May 12, 2025, plaintiff filed a second amended complaint.  However, plaintiff has not filed a motion seeking leave to file a second amended complaint and plaintiff was not previously granted leave to amend his pleadings.  Because plaintiff has not established good cause for granting leave to amend, IT IS HEREBY ORDERED that the second amended complaint filed May 12, 2025, is STRICKEN.

Dated:  June 2, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pric3785.10c