UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE, | No. 2:24-cv-3758 CKD P |
| Plaintiff, | |
| v. | ORDER |
| STOCKTON POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff has filed a motion asking that the court order his release from prison. As plaintiff fails to point to any valid basis for the granting of his motion, the motion (ECF No. 20) is DENIED. Plaintiff is informed that when a state prisoner challenges the legality of his custody and the relief he seeks is the determination of his entitlement to an earlier or immediate release, his sole federal remedy is a writ of habeas corpus. Preiser v. Rodriguez, 411 U.S. 475, 500 (1973).

Dated: June 18, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pric3758.rel