UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:24-cv-3758 DAD CKD P<br><br>ORDER |

Plaintiff has filed a motion for leave to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (ECF No. 19) is GRANTED.

2. The court's June 2, 2025, order striking plaintiff's second amended complaint is VACATED. The court will screen the second amended complaint as the court is required to do under 28 U.S.C. § 1915A(a) in due course.

3. The court's May 5, 2025, findings and recommendations are VACATED.

/////
/////
/////
/////

1

4. The court's June 2, 2025, order that the U.S. Marshal serve process upon defendant Magana is VACATED.

5. The Clerk of the Court shall serve a copy of this order on the U.S. Marshal.

Dated: July 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pric3758.lta