UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-3758 DAD CKD P<br><br><br>ORDER |

　　　Plaintiff requests the court issue him subpoenas.  As plaintiff fails to point to anything suggesting the subpoenas will be used to request information relevant to plaintiff's Fourteenth Amendment claim against defendant Magana, the request (ECF No. 28) is DENIED.

Dated:  September 29, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
pric3758.sub