UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE, | No. 2:24-cv-3758 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| STOCKTON POLICE DEPARTMENT, et al., | |
| Defendants. | |

On September 29, 2025, the court denied plaintiff's request for subpoenas. Plaintiff seeks reconsideration of that order and asks that discovery commence. Defendant Magana, the only remaining defendant, has not yet been ordered to respond to plaintiff's second amended complaint. He will not be ordered to respond until the district court judge assigned to this case rules on the September 10, 2025, findings and recommendations. When discovery commences plaintiff may re-file his request for a subpoena, but plaintiff is reminded that the court will only issue a subpoena if plaintiff shows that the information sought is relevant to a remaining claim and is directed to an appropriate person or entity.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration and request that discovery commence (ECF No. 36) is denied.

Dated: November 12, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pric3758.851

2