UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-3758 DAD CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion seeking release from prison. As plaintiff has already been informed, when a state prisoner challenges the legality of his custody and the relief he seeks is the determination of his entitlement to an earlier or immediate release, his sole federal remedy is a writ of habeas corpus which plaintiff would seek under 28 U.S.C. § 2254. Preiser v. Rodriguez, 411 U.S. 475, 500 (1973). Plaintiff's motion for release (ECF No. 40) in this 42 U.S.C. § 1983 action is DENIED as frivolous. If plaintiff continues to file frivolous motions, sanctions, including a recommendation that this action be dismissed, may issue.

Dated: December 17, 2025

　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 - pric3758.mfr(2)