UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

Plaintiff,

v.

STOCKTON POLICE DEPARTMENT, et al.,

Defendants.

No. 2:24-cv-03758 DAD CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

(Doc. Nos. 25, 46, 47)

Plaintiff Eugene Leon Price is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that certain claims asserted and defendants named by plaintiff in this action be dismissed. (Doc. No. 25.) Specifically, the magistrate judge explained that upon screening plaintiff's second amended complaint it was determined that plaintiff had only stated a cognizable excessive use of force claim against defendant Detective Magana and that all other claims asserted and defendants named should be dismissed from this action. (*Id.* at 1–2.) The September 10, 2025 findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

3.) On September 26, 2025, the court received plaintiff's objections to those findings and recommendations. (Doc. No. 30.) Plaintiff's objections are somewhat difficult to decipher. However, it appears that plaintiff is again presenting arguments challenging his criminal prosecution and conviction as well as the purported destruction of his property. (*Id.*) These arguments were properly addressed in the pending September 10, 2025 findings and recommendations. It also appears from some of the arguments raised in these objections that petitioner does not realize that his claim brought against defendant Detective Magana for the excessive use of force survives. (*Id.*) In any event, the court finds that none of the arguments raised in plaintiff's objections provide a basis for rejecting the September 26, 2025findings and recommendations.

Thereafter, on May 8, 2026, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction seeking a domestic violence restraining order against defendant Detective Magana (Doc. No. 46), be denied due to plaintiff's failure to demonstrate a likelihood of success on the merits of his claim. (Doc. No. 47 at 2–3.) The May 8, 2026 findings and recommendations were also served on the parties and contained notice that any objections thereto were to be filed within twenty–one (21) days after service. (*Id.* at 3.) To date, no objections to those findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that both sets of findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 10, 2025 (Doc. No. 25) are adopted in full;
2. This action will proceed only on plaintiff's excessive use of force claim brought against defendant Detective Magana in his operative second amended complaint;
3. All other claims asserted and defendants named in plaintiff's second amended complaint are dismissed;

4. The findings and recommendations issued on May 8, 2026 (Doc. No. 47) are adopted in full;

5. Plaintiff's motion for a preliminary injunction against defendant Detective Magana (Doc. No. 46) is denied; and

6. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE